Matter of Rosa M. G. G. v Jose M. Y. (2023 NY Slip Op 03349)

Matter of Rosa M. G. G. v Jose M. Y.

2023 NY Slip Op 03349

Decided on June 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
CHERYL E. CHAMBERS
HELEN VOUTSINAS, JJ.

2022-09151
 (Docket No. G-4110-22)

[*1]In the Matter of Rosa M. G. G., appellant,
v
Jose M. Y. (Anonymous), et al., respondents.

Bruno J. Bembi, Hempstead, NY, for appellant.

DECISION & ORDER
In a guardianship proceeding pursuant to Family Court Act article 6, the petitioner appeals from an order of the Family Court, Nassau County (Sharon N. Clarke, Ct. Atty. Ref.), dated October 5, 2022. The order vacated an order of the same court dated September 9, 2022, granting the petitioner temporary guardianship of the subject child, and dismissed the proceeding for lack of subject matter jurisdiction.
ORDERED that the order is affirmed, without costs or disbursements.
In May 2022, the petitioner commenced this proceeding pursuant to Family Court Act article 6 to be appointed guardian of the subject child, her cousin, so as to enable the child to petition the United States Citizenship and Immigration Services for special immigrant juvenile status (hereinafter SIJS) pursuant to 8 USC § 1101(a)(27)(J). Thereafter, the petitioner moved for the issuance of an order making specific findings so as to enable the child to obtain SIJS. After a hearing, the Family Court issued two orders, both dated September 9, 2022. The first order granted the petitioner temporary guardianship of the child and was to expire on March 8, 2023, after the subject child's 21st birthday. The second order granted the petitioner's motion for the issuance of an order making specific findings so as to enable the child to obtain SIJS. Subsequently, in an order dated October 5, 2022, the Family Court vacated the order granting the petitioner temporary guardianship of the child and dismissed the proceeding for lack of subject matter jurisdiction. The petitioner appeals from the order dated October 5, 2022.
Contrary to the petitioner's contention, the Family Court properly dismissed the proceeding for lack of subject matter jurisdiction (see Matter of Michael R.C.S., 147 AD3d 767; Matter of Maria C.R., 142 AD3d 165, 170).
CONNOLLY, J.P., BRATHWAITE NELSON, CHAMBERS and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court